# DAVID ROCHE

*vs.*

# WILLIAM T. CARROLL.

1. The right of action to recover damages for injuries to the person dies with the person.
2. The Maryland Act of 1785, chap. 80, sec. 1, providing that no action shall abate by the death of either party refers only to such actions as could have been revived at common law.

At Law. No. 129. Decided May 6, 1864.

This was an action to recover damages for injuries received by the plaintiff from the negligent and unskilful driving by the defendants servant of the defendants carriage, whereby the plaintiff was run into and suffered injury, &c. Pending the action the defendant died, and thereupon his death being suggested leave was granted to issue a summons to his executrix. Service thereof being had the executrix appeared and moved the Court "to abate the action." This motion was certified to the General Term for hearing in the first instance.

Mr. John S. Tyson, for plaintiff.

Mr. Walter S. Cox, for defendant.

By the Court:

The plaintiff's right to maintain this action dies with the person of the defendant. The action cannot be revived against his personal representatives, notwithstanding the words of the Statute of Maryland of 1785, chapter 80, section 1, be that no action shall abate by the death of either party, it being the opinion of the Court that the words "no action" is meant no action that could have been revived at common law.